UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RONALD NEWTON ) | | |
| (TDCJ No. 1299706), ) | | |
| ) | | |
| Petitioner, ) | CIVIL ACTION NO. | |
| ) | | |
| VS. ) | 3:18-CV-0489-G (BN) | |
| ) | | |
| LORIE DAVIS, Director ) | | |
| Texas Department of Criminal Justice, ) | | |
| Correctional Institutions Division, ) | | |
| ) | | |
| Respondent. ) | | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The district court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding no error, the court **ACCEPTS** the findings, conclusions, and recommendation of the United States Magistrate Judge.

The court further directs the Clerk of the Court to open for statistical purposes a new Section 2254 case (nature of suit 530 directly assigned, per Special Order 3-

250, to the undersigned and United States Magistrate Judge David L. Horan) and to close the same on the basis of this order.

**SO ORDERED**.

October 17, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**